IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br>Plaintiff,<br><br>v.<br><br>CUSTOMINK, LLC,<br>Defendant. | Case No. 20–CV–00645–JPG |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Eric Foreman's Complaint against Defendant CustomInk, LLC is **DISMISSED WITH PREJUDICE**.


**Dated: Tuesday, February 23, 2021**              **MARGARET M. ROBERTIE**
                                                    **CLERK OF COURT**

                                                    **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
            **J. PHIL GILBERT**
            **UNITED STATES DISTRICT JUDGE**